1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ALEJANDRO MADRID,                              No.  2:14-cv-2290-EFB P

12                Petitioner,

13         v.                                        ORDER

14    LACKNER, Warden,

15                Respondent.

16

17         Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to

18    28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the

19    required filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the

20    opportunity to either submit the appropriate affidavit in support of a request to proceed in forma

21    pauperis or submit the appropriate filing fee.

22         In accordance with the above, IT IS HEREBY ORDERED that:

23         1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24    support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

25    failure to comply with this order will result in a recommendation that this action be dismissed;

26    and

27    /////

28    /////

                                                     1

1       2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2 form used by this district.

3 Dated:  October 14, 2014.

4                        EDMUND F. BRENNAN

5                        UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28