UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO MADRID,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LACKNER, Warden,<br><br>　　　　　Respondent. | No. 2:14-cv-2290-JAM-EFB P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 8, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner filed late objections to the findings and recommendations.

On November 4, 2015, this Court adopted the findings and recommendations, but mistakenly stated that neither party had filed objections. Therefore, the Court will vacate the November 4, 2015 order adopting the findings and recommendations and reconsider them in light of petitioner's objections. See Fed. R. Civ. P. 59(e) and 60(b); Rule 12, Rules Governing § 2254 Cases.

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case, including petitioner's objections to the findings and recommendations of the magistrate judge.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that that the order entered on November 4, 2015 (ECF No. 23) adopting in full the findings and recommendations and declining to issue a certificate of appealability, is CONFIRMED.

DATED: March 29, 2016

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE